# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 1:25-cr-00024-02-03-SMR-HCA     :    Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Amber Lea Walker, Chelsei Dana Sue Rogers

---

Gov. Atty(s): Shelly M. Sudmann                : ✔ Indictment  ☐ Superseding Indictment  ☐ Information
Def. Atty(s): Stuart J. Dornan, Sean M. Conway : ☐ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ✔ In Person  ☐ Video Conference  : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding      : 21:841(a)(1) and 841(b)(1)(A). Possession with Intent to
Court Reporter: FTR Gold                       : Distribute a Controlled Substance (Methamphetamine) (3)
Interpreter: N/A                               :
☐ Interpreter Sworn

Date: 4/25/2025
Initial Appearance Start Time: 11:18 am    Arraignment Start Time: 11:22 am    End Time: 11:29 am

## Initial Appearance

✔ Advised of Rights                                  : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights            : ✔ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No          : ☐ Retained Counsel
✔ Rule 5 Admonition Given

## Arraignment

Trial Scheduled for: 6/9/2025                        : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: 5/5/2025                       : ✔ Indicted in True Name
Reciprocal Discovery due: 5/15/2025                  :    True Name: Amber's middle name is Lea, not Lee
Pretrial Motions due: 5/16/2025                      : ✔ Reading of Indictment Waived
Plea Notification Deadline: 5/14/2025                :    Plea of Not Guilty Accepted as to Ct(s): 3
Plea Entry Deadline: 5/16/2025                       : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):         : ✔ Defendant advised that failure to enter a plea by deadline
                                                          may negatively impact consideration and finding regarding
                                                          reduction in offense level based upon Acceptance of
                                                          Responsibility pursuant to USSG.

## Custody Status

✔ Government Moved for Detention             :
☐ Defendant Waived Preliminary Examination   : Detention Hearing Set:
✔ Defendant Waived Detention Hearing         : Before:
                                             : Courthouse:                          Room:
Court Ordered Defendant:                     : Revocation Hearing Set:
☐ Released on Bond                           : Before:
✔ Detained                                   : Courthouse:                          Room:

---

Government moves to amend the Indictment to correct Amber's middle name from Lee to Lea; no objection.
Court grants Governments Motion to amend the Indictment to correct Amber's middle from Lee to Lea.

/s/ V. Rule
Deputy Clerk